FILE

05 APR 25  AM 11: 1

ROBERT R. DI ____LIO
CLERK, U.S. DI ___ CT.
W.D. OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

**POST CONFIRMATION TRUST FOR**
**FLEMING COMPANIES, INC.,**

**Plaintiff,**

v.

**ROBERT DAN ALLEN, an individual,**
**ESTATE OF LEX SEWELL, CASTLE**
**RETAIL GROUP, LLC, AND**
**RICHARD K. JAMES, an individual,**

**Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 05-2117-B**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **Stipulation Of Dismissal Pursuant To Federal Rule Of Civil Procedure 41(a)(1)(ii) entered on April 21, 2005, this cause is hereby dismissed with prejudice.**

**APPROVED:**

**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

4/25/05
**Date**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

ROBERT R. DI TROLIO

**Clerk of Court**

**(By) Deputy Clerk**

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02117 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

David J. Cocke
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Jeffrey K. Fleishmann
WYATT TARRANT & COMBS, LLP- Memphis
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120

Jack F. Marlow
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120

Michael R. Pasley
WALLER LANDSEN DORTCH & DAVIS, PLLC.
511 Union Street Suite 2700
P.O. Box 198966
Memphis, TN 37219--896

Eric Brian Schultenover
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable J. Breen
US DISTRICT COURT